#11089708
$1,088.08
4/19/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE:
    UNCLAIMED FUNDS

  The funds belonging to the estates of the debtors named on the attached list having

been disbursed in accordance with applicable orders entered in the said cases, and it

  APPEARING that more than ninety (90) days have elapsed since the final notices

For the said cases, it is

    Albert J. Mogavero, the trustee herein, pay to the Clerk of the U. S. Bankruptcy Court for the Western District of New York, the sum of $ 1088.08 IN 2 CHECKS
 CHECK # 15018 for $ 924.23
 CHECK # 15019 for $ 163.85
Representing unclaimed funds.

DATED: 4-15-2010

                        /S/ ALBERT MOGAVERO

                        ALBERT J. MOGAVERO
                        TRUSTEE


FILED
APR 19 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

| Check Number | Debtor Last Name | Debtor Bk Case # | Amount of Check | Name of Creditor Check Issued To | Creditor Address 1 | Creditor Address 2 | City and State of Creditor | Zip Code |
|---|---|---|---|---|---|---|---|---|
| 875690 | TYLER | 0704685 | 5.01 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – THOMAS DOREY | | UNKNOWN NY | 14202 |
| 875696 | INGERSON | 0812929 | 5.00 | CHAPTER 7 TRUSTEE | C/O CHAPTER 7 TRUSTEE – THOMAS GAFFNEY | | BUFFALO NY | 14202 |
| 875696 | D'ANGELO | 0813263 | 5.00 | CHAPTER 7 TRUSTEE/0813263 | C/O TRUSTEE –THOMAS GAFFNEY | | UNKNOWN NY | 14202 |
| 875697 | RIVAS | 0515578 | 749.60 | MBNA | BANK OF AMERICA | POB 26012 NC4-105-03-14 | GREENSBORO NC | 27499 |
| 873266 | GIAMBRONE | 0417416 | 4.49 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 875672 | LANG | 0516767 | 137.45 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 875176 | BEY | 0591181 | 17.68 | VERIZON | PO BOX 3037 | BANKRUPTCY DEPT. | BLOOMINGTON IL | 61702 |
| 875678 | WOOMER | 0418720 | 48.70 | MARILYN A WOOMER | 376 BENNETT STREET | | N. TONAWANDA NY | 14120 |
| 875727 | BANKS | 0590421 | 95.15 | PHILIP A BANKS | 6447 PHILLIPS ROAD | | BURT NY | 14028 |
| 875749 | CAUSYN | 0704387 | 5.00 | JAMES & TINA CAUSYN | 6596 WARBOYS ROAD | | BYRON NY | 14422 |
| 875769 | GAST, JR. | 0813325 | 5.00 | PAUL GAST, JR. & CATHERINE GA | 75 MOSHER DRIVE | | TONAWANDA NY | 14150 |
| 875780 | QUEEN | 0814415 | 5.00 | WILLIAM QUEEN | 966 HUNT ROAD | | LAKEWOOD NY | 14750 |
| 875790 | COLBERT | 0910282 | 5.00 | DAYMOND & GWENDOLYN COLBE | 411 SPRINGVILLE AVENUE | | BUFFALO NY | 14226 |
| | | | $1,088.08 | | | | | |