# Thomas J. Gaffney
Attorney & Counselor at Law
80 West Huron
Buffalo, New York 14202-2408
(716) 852-1102

11091567
$5.00
3/29/11

March 28, 2011

Paul R. Warren, Clerk of Court
United States Bankruptcy Court, WDNY
300 Pearl Street, Suite 250
Buffalo, New York 14202

Re: LANG, TINA M. /Case # 05-16767
Request to Deposit of Unclaimed Funds into the United States Treasury

Dear Clerk of Court:

Enclosed please find my Trustee's check in the amount of $5. I request that the Clerk of Court deposit said funds, in the name of the creditors and in the amounts listed below, with the U.S. Treasury as "unclaimed funds."

✓ I have made a diligent effort to locate the claimant(s) for said funds and have been unable to locate the claimant(s), **or I sent the check to debtor's attorney, Peter D. Grubea Esq. 9/29/10, never cashed.**

_____ The funds represent dividend payment(s) of less than $5.00 to the affected creditor and are required to be treated as unclaimed funds by Bankruptcy Rule 3010(a).

Claimant _____ Amount $ _____ Claim Register # _____

_____
THOMAS J. GAFFNEY
Trustee

FILED
MAR 29 2011
BANKRUPTCY COURT
BUFFALO, N.Y.

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| | | | |
|---|---|---|---|
| Case Number: | 05-16767 CLB | Trustee: | THOMAS J. GAFFNEY (520040) |
| Case Name: | LANG, TINA M. | Bank Name: | The Bank of New York Mellon |
| Taxpayer ID #: | **-***3219 | Account: | 9200-******04-65 - Money Market Account |
| Period Ending: | 03/28/11 | Blanket Bond: | $31,387,000.00 (per case limit) |
| | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | 9999-000 | 5.00 | | 5.00 |
| 09/29/10 | 11001 | Peter D. Grubea, Esq. | Wire in from JPMorgan Chase Bank, N.A. account ********0465 | | | | |
| 03/28/11 | 11001 | Peter D. Grubea, Esq. | Stopped on 03/28/11 | 1290-010 | -5.00 | | 0.00 |
| 03/28/11 | 11002 {13} | CLERK, U.S. BANKRUPTCY COURT, WDNY | Stopped: check issued on 09/29/10 funds never cashed by debtor's attorney | 1290-010 | 5.00 | | 5.00 |
| 03/28/11 | 11002 {13} | | | 1290-010 | -5.00 | | 0.00 |

| ACCOUNT TOTALS | | 0.00 | 0.00 |
|---|---|---|---|
| Less: Bank Transfers | | 5.00 | 0.00 |
| Subtotal | | -5.00 | 0.00 |
| Less: Payments to Debtors | | | 0.00 |
| NET Receipts / Disbursements | | $-5.00 | $0.00 |

FILED MAR 29 2011 BANKRUPTCY COURT BUFFALO, N.Y.

{} Asset reference(s)    !-Not printed or not transmitted    Printed: 03/28/2011 10:10 AM    V.12.56